THE PEOPLE OF THE STATE OF NEW YORK, Respondent. v. EDWARD SMITH, Indicted as WILLIAM JONES, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ.

PAULINE JASNE, Respondent, v. LOUIS J. JASNE, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ. [See *post,* p. 861.]

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. JAMES FREEMAN, Appellant.— Order reversed and the petition dismissed upon the ground that paternity was not established by satisfactory proof. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.; Breitel and Botein, JJ., dissent and vote to affirm.